STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.9912     AND FILED ON    11/9/2007

ARAZ ALALI

Vs.    Plaintiff(s)/Petitioner(s)

CITY OF NEW ROCHELLE, NEW YORK

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/16/2007__ at __4:00PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
              CITY OF NEW ROCHELLE, NEW YORK
At Location: 515 NORTH AVENUE
             NEW ROCHELLE NY

(herein called recipient) therein named.

By delivering to and leaving with __MICHAEL BROOKS__ and that deponent knew the person so served to be the PARALEGAL of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex M    Color of Skin BLACK    Color of Hair BLACK
Age 35/45    Height 5'10"
Weight 200    Other Features

Sworn to before me on __11/19/2007__

_____    _____
                                 John Axelrod
                                 Server's License#: