WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for Defendant
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000
Attn:  Peter A. Meisels (PM-5018)
       Lalit K. Loomba (LL-9755)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARAZ ALALI,                                          :
                                                     :   07 Civ. 9912 (CLB)
                            Plaintiff,               :
                                                     :
        -against-                                    :
                                                     :   **ANSWER**
CITY OF NEW ROCHELLE, New York,                      :
                                                     :
                            Defendant.               :
-------------------------------------------------------------------x

Defendant the City of New Rochelle ("New Rochelle" or the "City"), by its undersigned attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, as and for its answer to plaintiff's Complaint alleges as follows:

### Nature of the Action

1.   Denies any allegations contained in Paragraph 1 of the Complaint, and respectfully refers all questions of law to the Court.

### Jurisdiction

2.   Denies any allegations contained in Paragraph 2 of the Complaint, and respectfully refers all questions of law to the Court.

1826518.1

## The Parties

3.  Admits that plaintiff Araz Alali ("Plaintiff") is currently a member of the New Rochelle Police Department ("NRPD"); and denies information or belief sufficient to form a belief as to the truth or falsity as to the remaining allegations contained in Paragraph 3 of the Complaint.

4.  Denies the truth of the allegations contained in paragraph 4 of the Complaint, except admits that the City is a municipal corporation existing pursuant to the laws of the state of New York.

## The Facts

5.  Denies the truth of the allegations contained in paragraph 5 of the Complaint.

6.  Denies the truth of the allegations contained in paragraph 6 of the Complaint.

7.  Denies the truth of the allegations contained in paragraph 7 of the Complaint.

## As and For a Response to the Claim

8.  Repeats and realleges the admissions, denials and denials of knowledge and information contained in paragraphs 1 through 7 above as if fully set forth herein.

9.  Denies the truth of the allegations contained in paragraph 9 of the Complaint, and respectfully refers all questions of law to the Court.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

1.  The Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

2.  Plaintiff's claims are barred by the applicable statute of limitations.

1826518.1

### Third Affirmative Defense

3. The City did not discriminate against Plaintiff on the basis of his national origin or on any other basis prohibited under the law.

### Fourth Affirmative Defense

4. The City did not retaliate against Plaintiff for engaging in any activity or speech protected under the United States Constitution or 42 U.S.C. §2000e *et seq*.

### Fifth Affirmative Defense

5. Plaintiff's filing and/or prosecuting the related cases entitled *Alali v. Gazzola,* 07 Civ. 1296 (CLB) and *Alali v. DeBara,* 07 Civ. 2916 (CLB) was not a motivating factor in any adverse employment action directed at Plaintiff, as alleged in the instant action.

### Sixth Affirmative Defense

6. Any actions taken by the defendants directed at Plaintiff, as alleged herein, would have been taken regardless of Plaintiff's alleged national origin and/or the filing and prosecution of the related cases entitled *Alali v. Gazzola,* 07 Civ. 1296 (CLB) and *Alali v. DeBara,* 07 Civ. 2916 (CLB).

1826518.1

WHEREFORE, Defendant the City of New Rochelle demands judgment as follows: (a) dismissing the Complaint with prejudice; (b) for the costs, disbursements and attorney's fees incurred in the defense of this action; and (c) for such other and further relief as the Court may deem just and proper.

Dated:   White Plains, New York
         December 3, 2007

                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP
                Attorneys for Defendant

                By:  Peter A. Meisels  (PAM-5018)

3 Gannett Drive
White Plains, NY  10604
(914) 323-7000
File No. 07367.00068