# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000    Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

Peter A. Meisels, Partner
Peter.Meisels@wilsonelser.com

May 16, 2008

**Via Facsimile and Regular Mail**
(914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

*[Handwritten memo endorsement: "MEMO ENDORSED / Application Granted / (So Ordered) / May 19, 2008 / Charles L. Brieant USDJ"]*

Re:   Araz Alali v. Alberto DeBara, individually, Kyle Wilson, individually, Edward Austin, individually, George Marshall, individually, Humberto Morrell, individually, Matthew Brady, individually, Anthony Murphy, individually, Robert Gazzola, individually, Patrick J. Carroll, individually, and the City of New Rochelle, New York
Index No.: 07 Civ. 2916
Our File No.: 07367.00059

Araz Alali v. City of New Rochelle
Index No.: 07 Civ. 9912
Our File No.: 07367.00068

Dear Judge Brieant:

We represent the defendants in these federal civil rights actions which were consolidated for discovery purposes in your civil case discovery plan and scheduling order. The defendants intend to make a motion to dismiss the first captioned action on qualified immunity grounds. The Court has extended the defendants' time to do so until May 30, 2008.

1991771.1

Hon. Charles L. Brieant
May 16, 2008
Page 2

With consent of plaintiff's counsel, Jonathan Lovett, we request that the last day to complete discovery in these consolidated matters be extended to a date 90-days after the Court's decision on the qualified immunity motion.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Peter A. Meisels
PAM:kt
cc:   Jonathan Lovett, Esq. (via facsimile and regular mail)

1991771.1